## 34610. KENNEDY v. KENNEDY.

PER CURIAM.

This appeal is from the denial of a former husband's motion to set aside a divorce decree. The motion alleged the parties had resumed cohabitation before the divorce was granted and he had been led to believe the divorce action had been abandoned which lulled him into not filing a defense. This was denied by the former wife. Credibility is a matter for the trier of fact. We find no error.

*Judgment affirmed. All the Justices concur.*

SUBMITTED FEBRUARY 23, 1979 — DECIDED MARCH 7, 1979.

*M. Stan Ballew,* for appellant.

*Crosby & Kelley, John D. Crosby, David J. Kelley,* for appellee.